# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:13-CR-053-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| STEPHEN FRANKLIN WOOD, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 517) filed by Mark E. Edwards, concerning Jeremy Gordon, on July 14, 2022. Jeremy Gordon seeks to appear as counsel *pro hac vice* for Defendant Stephen Franklin Wood. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 517) is **GRANTED**. Jeremy Gordon is hereby admitted *pro hac vice* to represent Defendant Stephen Franklin Wood.

**SO ORDERED**.

Signed: July 15, 2022

David C. Keesler
United States Magistrate Judge